154 A.3d 164

IN THE MATTER OF NESTOR SMITH, AN ATTORNEY
AT LAW (ATTORNEY NO. 008702002)

October 6, 2016

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15-270, concluding that **NESTOR SMITH** of **GALLOWAY,** who was admitted to the bar of this State in 2002, should be suspended from the practice of law for a period of three months for violating *RPC* 1.2(a)(failure to abide by the client's decision concerning the scope and objective of representation), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b)(failure to communicate with a client), *RPC* 1.4(c)(failure to explain a matter to the extent reasonably necessary, to allow client to make informed decisions), *RPC* 8.4(b)(commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **NESTOR SMITH** is suspended from the practice of law for a period of three-months, effective November 4, 2016, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20-20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20-20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10-2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.